United States District Court
Southern District of Texas
**ENTERED**
March 09, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Vilma D Ruiz, *Plaintiff*, | § § § § | |
| v. | § § | Civil Action H-20-1914 |
| Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, *Defendant*. | § § § § | |

## ORDER OF ADOPTION

On February 22, 2022, Magistrate Judge Peter Bray recommended that Vilma D. Ruiz's motion for summary judgment be denied and Defendant's motion for summary judgment be granted. ECF No. 23. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The Commissioner's final decision is affirmed.

Signed on March 9, 2022, at Houston, Texas.

_David Hittner_
David Hittner
United States District Judge